# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1013
L.T. Case No. 16-1987-CF-4536-A

_____

GEORGE BENTZEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

George Bentzel, Bushnell, pro se.

James Uthmeier, Attorney General, and Darcy
Townsend, Assistant Attorney General, Tallahassee,
for Appellee.


May 13, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____